■ Temple ·Beth Sholom of Smithtown, N. Y., Respondent, v. E. M. Fitzsimons & Associates, Inc., Appellant. — Order of the Supreme Court, Suffolk ·County, entered March 3, 1971, affirmed, with $10 costs and disbursements (cf. *Maus* v. *Nisbet*, 15 A D 2d 785). Munder, Acting P. J., Latham, Shapiro, Gulotta and Christ, JJ., concur.